UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

DOCUSERVE, INC.

    **Plaintiff**

v.

XEROX CORPORATION,

    **Defendant**

**CIVIL ACTION NO. 05-CV-10514-GAO**

## XEROX CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Xerox Corporation ("Xerox"), hereby submits its corporate disclosure statement and states:

Xerox is a corporation organized under the laws of the State of New York. Xerox does not have any parent corporations and does not have any shareholders that are publicly held companies that own 10% or more of any of their stock.

Respectfully submitted,

XEROX CORPORATION

By its attorneys,

Jonathan Sablone, BBO #632998
Juan A. Concepcion, BBO #658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000

Dated: March 18, 2005

## CERTIFICATE OF SERVICE

I, Juan Alexander Concepción, hereby certify that on the 18th day of March, 2005, I caused to be served a true copy of the within *Xerox Corporation's Corporate Disclosure Statement* by facsimile and U.S. mail on Ronald Davids, Esq., Davids & Schlesinger, P.C., 40 Washington Street, Suite 250, Wellesley, Massachusetts 02481.

Juan Alexander Concepción