UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DOCUSERVE, INC.**<br><br>**Plaintiff**<br><br>v.<br><br>**XEROX CORPORATION,**<br><br>**Defendant** | **CIVIL ACTION NO. 05-CV-10514-GAO** |

### Assented-to Motion to Reschedule Initial Scheduling Conference

The Defendant, Xerox Corporation ("Xerox") hereby requests that this Court reschedule the Fed.R.Civ.P. 16(b) and L.R. 16.1 Initial Scheduling Conference in this matter from August 3, 2005 to a date in the afternoon on or after September 8, 9, 12 or 14. As grounds for this motion, Xerox states that:

1. The parties have been engaged in settlement discussions, which are ongoing, and wish to conclude these discussions prior to investing significant resources into the litigation of the matter;

2. Xerox's counsel has a long-standing summer vacation planned for the first two weeks of August; and

3. The Plaintiff has assented to the rescheduling of the Initial Scheduling Conference, and the parties have conferred regarding their joint availability which is reflected in the dates referenced above.

WHEREFORE, Xerox respectfully requests that this Court:

A. Reschedule the Initial Scheduling Conference to a date in the afternoon on or after September 8, 9, 12 or 14;

B. Grant such other and further relief as this Court deems just and appropriate.

          Respectfully submitted,

          XEROX CORPORATION

          By its attorneys,

          _____
          Jonathan Sablone, BBO #632998
          Juan A. Concepcion, BBO #658908
          NIXON PEABODY LLP
          100 Summer Street
          Boston, MA  02110-2131
          (617) 345-1000

Assented to,

DOCUSERVE, INC.

By its attorneys,

_____
Ronald M. Davids, BBO #115110
Jennifer A. O'Brien, BBO #644477
DAVIDS & ASSOCIATES, P.C.
40 Washington Street, Suite 250
Wellesley, MA  02481
(781) 416-5055

Dated: July 8, 2005

BOS1508663.1