UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOCUSERVE, INC.<br><br>        Plaintiff<br><br>v.<br><br>XEROX CORPORATION,<br><br>        Defendant | CIVIL ACTION NO. 05-CV-10514-GAO |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the Defendant hereby states that it does not have any parent corporations and does not have any shareholders that are publicly held companies that own 10% or more of its stock.

                                        Respectfully submitted,

                                        /S/ Jonathan Sablone (BBO No. 632998)
                                        Juan A. Concepcion (BBO No. 658908)
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, MA  02110
                                        (617) 345-1000

Dated:  September 7, 2005

**CERTIFICATE OF SERVICE**

I, Jonathan Sablone, do hereby certify that a true copy of the above document was served via first class mail upon plaintiff's counsel of record, this 7th day of September, 2005.

                                        /S/ Jonathan Sablone

BOS1524237.1