UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOCUSERVE, INC.<br><br>         Plaintiff<br><br>v.<br><br>XEROX CORPORATION,<br><br>         Defendant | CIVIL ACTION NO. 05-CV-10514-GAO |

### DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| XEROX CORPORATION | By Defendant's Attorneys |
|---|---|
| /S/ Michael D. Ryan | /S/ Jonathan Sablone (BBO No. 632998)<br>Juan A. Concepcion (BBO No. 658908)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>(617) 345-1000 |

Dated:  September 7,  2005

BOS1523230.1

## **CERTIFICATE OF SERVICE**

      I, Jonathan Sablone, do hereby certify that a true copy of the above document was served via first class mail upon plaintiff's counsel of record, this 7th day of September, 2005.

      /S/ Jonathan Sablone