UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | |
|---|---|
| DOCUSERVE, INC., <br> Plaintiff <br><br> v. <br><br> XEROX CORP. <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) 05-10514-GAO <br> ) <br> ) <br> ) <br> ) |

### DOCUSERVE, INC.'S RULE 16.1 (D)(3) CERTIFICATION

The plaintiff, DocuServe, Inc. ("DocuServe") and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course- and various alternative courses-of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DOCUSERVE, INC.

By Its Attorneys,

DAVIDS & ASSOCIATES, P.C.

Ronald M. Davids  BBO No.: 115110
40 Washington Street – Suite 250
Wellesley, MA 02181
(781) 416-5055
Jennifer A. O'Brien BBO No. 644477

Kevin Flanigan
President
DocuServe, Inc.

September 7, 2005