UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOCUSERVE, INC.,<br>　　　　Plaintiff | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | 05-10514-GAO |
| XEROX CORP.<br>　　　　Defendant | )<br>)<br>)<br>) |  |

### DOCUSERVE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Plaintiff, DocuServe, Inc. ("DocuServe"), herby submits its corporate disclosure statement and states:

DocuServe is a corporation organized under the laws of Massachusetts. DocuServe does not have any parent corporations and does not have any shareholders that are publicly held companies that own 10% or more of any of their stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DOCUSERVE, INC.

　　　　　　　　　　　　　　　　　　　By Its Attorneys,

　　　　　　　　　　　　　　　　　　　DAVIDS & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronald M. Davids
　　　　　　　　　　　　　　　　　　　Jennifer A. O'Brien
　　　　　　　　　　　　　　　　　　　40 Washington Street, Suite 250
　　　　　　　　　　　　　　　　　　　Wellesley, MA 02481
　　　　　　　　　　　　　　　　　　　(781) 416-5055
　　　　　　　　　　　　　　　　　　　BBO No.: 115110
　　　　　　　　　　　　　　　　　　　BBO No.: 644477

Dated: September 7, 2005

## CERTIFICATE OF SERVICE

    I, Ronald M. Davids, hereby certify that a true copy of the within document was served upon Juan Alexander Concepcion on September 7, 2005.

_____
Ronald M. Davids