AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

**APPEARANCE**

DocuServe, Inc.
v.
Xerox Corp.

Case Number: 05-10514-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, DocuServe, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/12/2005 | _signature_ |
| Date | Signature |
| | Jennifer A. O'Brien — 644477 |
| | Print Name — Bar Number |
| | Davids & Associates, P.C., 40 Washington Street, Suite 250 |
| | Address |
| | Wellesley — MA — 02481 |
| | City — State — Zip Code |
| | (781) 416-5055 — (781) 416-4344 |
| | Phone Number — Fax Number |