UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOCUSERVE, INC.<br><br>Plaintiff<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant | CIVIL ACTION NO. 05-CV-10514-GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the following:

1. All claims by all parties in the above-action are dismissed with prejudice;
2. All rights of appeal are hereby knowingly and voluntarily waived; and
3. The parties shall bear their own attorneys' fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **DOCUSERVE, INC.** | **XEROX CORPORATION** |
| By its attorneys, | By its attorneys, |
| *Ronald Davids /JC* | *[signature]* |
| Ronald M. Davids, BBO# 115110<br>Jennifer A. O'Brien, BBO# 644477<br>DAVIDS & ASSOCIATES, P.C.<br>40 Washington Street, Suite 250<br>Wellesley, MA 02481<br>(781) 416-5055 | Jonathan Sablone, BBO #652998<br>Juan Alexander Concepción, BBO #658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

Dated: September 18, 2006

10128491.1

## CERTIFICATE OF SERVICE

I, Juan Alexander Concepción, hereby certify that on the 18th day of September, 2006, I caused to be served a true copy of the within *Stipulation of Dismissal with Prejudice* by U.S. mail on all counsel of record.

_____
Juan Alexander Concepción